UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOUGLAS E. CAUSEY,                                                                PLAINTIFF
ADC #93679

v.                                    4:19-cv-00409-JM-JJV

HOLMAN, Deputy,
Pulaski County Regional Detention Facility; *et al.*                              DEFENDANTS

# ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe and the filed objections. After carefully considering these documents and making a *de novo* review of the record, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.[1]

IT IS THEREFORE ORDERED that:

1. The Complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE as being frivolous.

2. Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. No. 3) is DENIED AS MOOT.

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 1st day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

[1] If Plaintiff wishes to add claims against Defendant Holman relating to the slip and fall which occurred on April 13, 2019, Plaintiff should file a motion for leave to file an amended complaint adding Defendant Holman as a Defendant in case no. 4:19CV00305.