UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOUGLAS E. CAUSEY,                                                                PLAINTIFF
ADC #93679

v.                                    4:19-cv-00409-JM-JJV

HOLMAN, Deputy,
Pulaski County Regional Detention Facility; *et al.*                              DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE. All relief sought is denied, and the case is closed. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 1st day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE